# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MBD
No: 04-10015

CAPTAIN SHERIFF SAUDI
Petitioner

v.

GREGORY DOYLE
Respondent

## NOTICE OF HEARING

LINDSAY, D.J.

    TAKE NOTICE that the above-entitled case has been set for hearing on Motion for Contempt at **2:30PM**, on **February 17, 2004,** in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan
Deputy Clerk

January 29, 2004

To: All Counsel