IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPTAIN SHERIFF SAUDI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GREGORY DOYLE, ) <br> ) <br> Respondent. ) <br> ) | CIVIL ACTION NO. 04-MBD-10015(RCL) |

## GREGORY DOYLE'S MOTION FOR ADMISSION
## PRO HAC VICE OF OWEN DUFFY

Pursuant to Local Rule 85.5.3, Robert E. McDonnell, a member in good standing of the Bar of this Court and counsel of record for Gregory Doyle, hereby moves for the admission *pro hac vice* of Owen Duffy of Fowler, Rodriguez & Chalos, 366 Main Street, Port Washington, New York 11050, to appear and practice in this Court in this case to represent Mr. Doyle.

Mr. Duffy is co-counsel for Mr. Doyle and has thorough knowledge of the issues raised by the pleadings in this action. His participation in this action is important to the full and complete representation of Mr. Doyle.

Mr. Duffy is a member in good standing of the Bars of the State of New York, and he is admitted to practice in the United States District Court for the Southern and Eastern Districts of New York.

There are no disciplinary proceedings pending against Mr. Duffy in any jurisdiction, and he is familiar with the Local Rules of this Court.

In support of this motion, the Certificate of Mr. Duffy pursuant to Local Rule 83.5.3(b) is submitted herewith.

LITDOCS:535910.1

Respectfully submitted,

**GREGORY DOYLE**
By his attorneys,

*/s/ Robert E. McDonnell*
Robert E. McDonnell, BBO #331470
Brandon L. Bigelow, BBO# 651143
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000

Of Counsel:

Owen Duffy
Fowler, Rodriguez & Chalos
366 Main Street
Port Washington, New York 11050
516-767-3600

Dated: February 6, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Robert E. McDonnell, hereby certify that counsel for Gregory Doyle has attempted to confer in good faith with opposing counsel, Joe Alfred Izen, Jr., Esq., in an effort to resolve or narrow the issues presented in this motion. I telephoned Mr. Izen's office on Thursday, February 05, 2004 and left a message requesting his call. I followed my telephone call with a letter (by fax) requesting his agreement to the motion.

*/s/ Robert E. McDonnell*
Robert E. McDonnell

## CERTIFICATE OF SERVICE

I, Robert E. McDonnell, hereby certify that a true copy of the foregoing was served on the opposing party and his counsel by first-class mail, postage prepaid, on or about February 6, 2004.

*/s/ Robert E. McDonnell*
Robert E. McDonnell