UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPTAIN SHERIFF SAUDI, <br><br> Petitioner, <br><br> v. <br><br> GREGORY DOYLE, <br><br> Respondent. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-MBD-10015 (RLL) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF OWEN DUFFY IN SUPPORT OF MOTION FOR LEAVE TO PRACTICE IN THIS COURT

I, Owen F. Duffy, a partner in the firm of Fowler, Rodriguez & Chalos certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted to practice.

2. I am a member of the Bar of the State of New York (New York State Attorney registration number: 2302156), and I am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalties of perjury that the foregoing is true and correct. Executed this 4th day of February, 2004.

_____
Owen F. Duffy

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on February 6, 2004.

*Robert E. McDonnell*
Robert E. McDonnell